**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00128-CV

————————————

**GIVA USA, Appellant**

**V.**

**ANDREA FINAZZI, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-21148**

---

## MEMORANDUM OPINION

Appellant Giva USA appealed from the trial court's November 26, 2018 order granting appellee's special appearance. On June 27, 2019, appellant filed an unopposed motion to dismiss, asserting that it no longer wishes to pursue its appeal. The motion is granted.

We dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.